UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Valentina Galvis Cortes, et al.
 Plaintiff,

v.  Case No.: 1:25−cv−06293
 Honorable Matthew F. Kennelly

Sam Olsen
 Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 10/24/2025. Oral argument heard on the petition for writ of habeas corpus [1]. The matter is taken under advisement. The stay previously entered by the court initially on 6/6/2025 and then extended on various dates is extended through the date of the court's ruling on the petition for habeas corpus. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.