UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Valentina Galvis Cortes, et al.
　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−06293
　　　　　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Sam Olsen
　　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 27, 2026:

　　　MINUTE entry before the Honorable Matthew F. Kennelly: Agreed motion to hold petition for attorney's fees in abeyance pending appeal [56] is granted. The Court also notes that it is willing to accept at any time, by agreement or otherwise, a remand of the case for entry of what the motion refers to as a "proper judgment." (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.